# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Criminal Action No. 6:05-cr-17 (HL) |
| | : |
| **W. DEXTER HARRISON,** | : |
| **MARTIN L. HARRELL, and** | : |
| **CHARLES L. HARRELL,** | : |
| | : |
| Defendants. | : |

## ORDER

This matter is before the Court on the United States' Motion for Reconsideration of Order Granting Severance and Motion in Limine [doc 124]. After consideration of the Motion, and the Defendants' responses thereto, the Court hereby grants the same. In accordance therewith, the Court directs as follows:

1. Counts One, Two, and Three of the superseding indictment are to be tried together.

2. Counts Four, Five, Six, Seven, Eight, Nine, Ten, Twelve and Thirteen are to be tried together.

3. Count Eleven will be tried separately.

4. Counts Four, Five, Six, Seven, Eight, Nine, Ten, Twelve and Thirteen will be tried first, during the trial term presently scheduled to begin on February 6, 2006, in Thomasville, Georgia. The remaining Counts will be tried at later dates to be determined by the Court.

**SO ORDERED**, this the 9th day of January, 2006.

s/   Hugh Lawson
**HUGH LAWSON, JUDGE**

mls